# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 3018 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 141 DB 2023 |
| v. | : | |
| | : | Attorney Registration No. 24596 |
| JOHN JOSEPH GRENKO, | : | |
| Respondent | : | (Berks County) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of December, 2023, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and John Joseph Grenko is suspended on consent from the Bar of this Commonwealth for a period of one year and one day. Respondent shall comply with the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).